IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | UNDER SEAL |
| ) | |
| A CERTAIN ELECTRONIC DEVICE ) | CASE NO. 3:17MJ391 |
| DESCRIBED IN ATTACHMENT A, ) | |
| CURRENTLY LOCATED AT 2300 ) | |
| YORKMONT ROAD, CHARLOTTE, ) | |
| NORTH CAROLINA 28217 ) | |

## GOVERNMENT'S MOTION TO SEAL

NOW COMES the United States of America, by and through Sandra Moser, Acting Chief, Criminal Division, Fraud Section, and Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and respectfully moves this Honorable Court for an Order sealing the application for a search warrant, the search warrant, and supporting affidavit submitted in connection with the above-referenced matter. These documents contain information regarding an ongoing investigation, the existence of which is not yet known to the potential targets. Disclosure of these documents to the public could disrupt the investigation, particularly because they reference information obtained from a defendant in a related case who is cooperating with the government in this investigation.

WHEREFORE, the government respectfully asks the Court to place all documents submitted in connection with this matter, along with this motion, under seal until further order of the Court.

| | |
|---|---|
| JILL WESTMORELAND ROSE<br>UNITED STATES ATTORNEY<br><br>SANDRA MOSER<br>ACTING CHIEF, FRAUD<br>SECTION<br>U.S. DEPARTMENT OF JUSTICE | _____//s//_____<br>CHRISTOPHER FENTON<br>Trial Attorney<br>Fraud Section, Criminal Division<br>United States Department of Justice<br>Direct Line: (202) 514-0561 |

It is so **ORDERED**, this 16th day of November, 2017:

_____
Hon. David C. Keesler
United States Magistrate Judge